UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

AVETIS JOHN AKMAKCHYAN,
Petitioner,

v.

WARDEN FCI LOMPOC,
Respondent.

Case No. 2:25-cv-08127-HDV-PVC

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **DENIED** with prejudice.

Dated: September 30, 2026

HERNÁN D. VERA
United States District Judge